IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| LOIS H. McCARTY, individually and as personal Representative of the estate of Robert L. McCarty, deceased, | ) ) ) ) ) Case No. 3:16-cv-04023-JMC |
| Plaintiff, | ) ) Judge J. Michelle Childs |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action be dismissed with prejudice and without costs to either party.

**Agreed:**

/s/ with consent of *W. Jones Andrews, Jr.*
W. Jones Andrews, Jr. (Fed. ID: 5797)
McGowan, Hood & Felder, LLC
1517 Hampton Street
Columbia, South Carolina 29201
T: (803) 779-0100
F: (803) 787-0750
jandrews@mcgowanhood.com

*Attorney for the Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

ROBIN DOYLE SMITH
Senior Trial Counsel, Torts Branch

*/s/ Austin L. Furman*
AUSTIN L. FURMAN
Trial Attorney, Torts Branch
United States Department of Justice
P.O. Box 888, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 616-4400
Facsimile:  (202) 616-5200
Email: Austin.L.Furman@usdoj.gov

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2017, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which sent notification of such to the following:

Jordan Christopher Calloway (jcalloway@mcgowanhood.com)

William Jones Andrews, Jr. (jandrews@mcgowanhood.com)

/s/ *Austin L. Furman*
AUSTIN L. FURMAN
Trial Attorney, Torts Branch